**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04977-NYW-NRN

CHRISANNA ELSER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLOCK GROUP, INC. d/b/a FLOCK SAFETY, a Delaware corporation;
TOWN OF COLUMBINE VALLEY, COLORADO, a municipality;
TOWN OF BOW MAR, COLORADO, a municipality;
JAMIE MILLIMAN, in his individual capacity; and
BRET COTTRELL, in his individual and official capacities,

Defendants.

---

**DEFENDANT FLOCK GROUP INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

Pursuant to Federal Rule of Civil Procedure 6(b), this Court's Local Rules, and this Court's Uniform Civil Practice Standards, Defendant Flock Group Inc. ("Flock") hereby moves the Court for an Order extending Flock's deadline to respond to the Complaint. In further support, Flock respectfully states as follows:

1. Plaintiff filed her Complaint with this Court on October 5, 2026. *See* Dkt. 1.

2. Flock was served with Plaintiff's Complaint on October 13, 2026, and its response to the Complaint is currently due on November 3, 2026.

3. Flock's undersigned counsel was recently hired and continues to review the allegations of the Complaint. Flock requests additional time to investigate the allegations of the Complaint and to prepare an appropriate response.

4. On October 19, 2026, the undersigned counsel for Flock conferred with Plaintiff's counsel, who consented to an extension of time for Flock to answer or otherwise respond to the Complaint up to and including December 7, 2026.

5. Flock's time to plead in response to the Complaint has not yet expired.

6. This is Flock's first request for an extension of time in this action.

7. This request is made with the consent of Plaintiff, is not being made for the purpose of delay or any other improper purpose, and will not prejudice the orderly administration of this matter.

8. No party will be prejudiced by this proposed extension of time.

WHEREFORE, Flock respectfully requests that this Court enter an Order extending Flock's deadline to answer or otherwise respond to the Complaint up to and including December 7, 2026.

Respectfully submitted, this 22nd day of October, 2026.

*<u>/s/ Angela Tarasi</u>*
Angela Tarasi (CO Bar No. 45250)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Fax: (720) 535-2400
atarasi@kslaw.com

Zachary A. McEntyre*
J. Matthew Brigman*
John Addy*

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
zmcentyre@kslaw.com
mbrigman@kslaw.com
jaddy@kslaw.com

* *pro hac vice* forthcoming

*Counsel for Flock Group Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed this 22nd day of October, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record. Additionally, I hereby certify that in accordance with this Court's Local Rule 6.1(c), a copy of the foregoing was served on the client, specifically Michael Goldsticker, Head of Litigation, contemporaneously via email.

*/s/ Angela Tarasi*
Angela Tarasi