**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04977-NYW-NRN

CHRISANNA ELSER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLOCK GROUP, INC. d/b/a FLOCK SAFETY, a Delaware corporation;
TOWN OF COLUMBINE VALLEY, COLORADO, a municipality;
TOWN OF BOW MAR, COLORADO, a municipality;
JAMIE MILLIMAN, in his individual capacity; and
BRET COTTRELL, in his individual and official capacities,

Defendants.

---

**DEFENDANT FLOCK GROUP INC.'S F.R.C.P. 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Flock Group Inc. ("Flock") hereby submits the following disclosure statement:

1. Flock is a Delaware corporation with its principal place of business in Georgia.

2. Flock does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted, this 22nd day of October, 2026.

*/s/ Angela Tarasi*
Angela Tarasi (CO Bar No. 45250)
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202

Telephone: (720) 535-2300
Fax: (720) 535-2400
atarasi@kslaw.com

Zachary A. McEntyre*
J. Matthew Brigman*
John Addy*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
zmcentyre@kslaw.com
mbrigman@kslaw.com
jaddy@kslaw.com

* *pro hac vice* forthcoming

*Counsel for Flock Group Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed this 22nd day of October, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

*/s/ Angela Tarasi*
Angela Tarasi